UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAPITAL CROSSING BANK, a Massachusetts Trust Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>NORTHEAST GENERAL PARTNERSHIP, et al.,<br><br>    Defendants. | NO. CV-06-0088-JLQ<br><br>ORDER RE: PLAINTIFF'S MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION AND MOTION FOR ISSUANCE OF A WRIT OF ATTACHMENT |

BEFORE THE COURT is Plaintiff's Motion for Issuance of a Writ of Attachment (Ct. Rec. 2) and Plaintiff's Motion for Issuance of Preliminary Injunction (Ct. Rec. 5). A telephonic hearing on the matter was held on April 4, 2006. **Renea I. Saade** represented the Plaintiff, Capital Crossing Bank. **Steven Schneider** represented the Defendants, Northeast General Partnership, et al.

Pursuant to the briefing and argument of the parties, the court finds that the Plaintiff has made an insufficient showing to support the need for a writ of attachment or a preliminary injunction in this action, except as hereinafter stated. Accordingly, **IT IS HEREBY ORDERED** that the Plaintiff's Motion For Preliminary Injunction (Ct. Rec. 5) and Motion For Writ of Attachment (Ct. Rec. 2) are **DENIED**, subject to the Defendants paying the monthly interest commencing with the month of April, 2006 and remedying the delinquency for the unpaid interest for the months of November, 2005 through March, 2006 within 60 days from the date of this Order. In the event the Defendants fail to comply with this portion of the court's Order, the Plaintiff may request reconsideration

ORDER - 1

1  of its Motions and also may seek other appropriate pre-judgment relief.
2     **IT IS SO ORDERED.**  The Clerk of this court shall enter this Order and forward
3  copies to counsel.
4     **DATED** this 4th day of April 2006.
5
6
7                    s/ Justin L. Quackenbush
                  JUSTIN L. QUACKENBUSH
           SENIOR UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER - 2