UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAPITAL CROSSING BANK, a Massachusetts Trust Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NORTHEAST GENERAL PARTNERSHIP, et al.,<br><br>　　　　Defendants. | NO.   CV-06-0088-JLQ<br><br>**ORDER CONFIRMING SALE** |

THIS MATTER came on regularly for hearing upon motion of the Plaintiff for order confirming the U.S. Marshal's sale of the property that is the subject of this foreclosure action (Ct. Rec. 106). The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, and that the property sold is situated in Spokane County, in the State of Washington and is more particularly described as:

> *The West 350 feet of the South 370.72 feet of the South Half of the Southeast Quarter of the Northeast Quarter of Section 19, Township 26 North, Range 43 East, W.M.; EXCEPT that portion thereof conveyed to the State of Washington for S.R. No. 3, lying East of a line parallel with and 50 feet West of the center line of said road; ALSO EXCEPTING the North 155 feet thereof;*

ORDER - 1

*ALSO EXCEPTING therefrom any portion lying within Kedlin Addition, as per plat thereof recorded in Volume 5 of Plats, Page 93;*

*Situate in the County of Spokane, State of Washington.*

The record also reflects that (a) on February 15, 2008, all right, title and interest of the judgment debtors, and each of them, in and to the said property was sold by the said Marshal to the Plaintiff; (b) the Marshall properly made and filed his Return of Sale on March 3, 2008, and Amended Return of Sale on March 4, 2008; (c) the Clerk properly mailed notice of the filing of the return of sale to all parties who have entered a written notice of appearance and who had not had an order of default entered against them; (d) more than twenty (20) days have elapsed since mailing of the notice of the filing of said return; and (3) no objections or exceptions were made or filed to said sale and return.  Therefore, in consideration of the foregoing, and the Court being otherwise fully advised,

IT IS HEREBY ORDERED that said sale by the United States Marshal to the Plaintiff on February 15, 2008, and all proceedings had in respect thereto be, and the same are, approved and confirmed. Plaintiff's Motion for Order Confirming Sale **(Ct. Rec. 107)** is **GRANTED.**

The Clerk of the Court is directed to **CLOSE THE FILE** following docketing of this Order, subject to reopening upon showing of good cause.

**IT IS SO ORDERED.**  The Clerk of this court shall enter this Order, forward copies to counsel, mail copies to the judgment debtors' last known addresses, and then close this file.

**DATED** this 17th day of APRIL, 2008.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE